USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GENISE N. FORBES,  :
 :
                    Plaintiff,  :
 :     1:19-cv-05760-GHW
      -against-  :
 :     ORDER
AMBASSAD OF LENOX, NEW YORK, INC.  :
*d/b/a* Lenox Saphire, LENOX AVENUE  :
DEVELOPMENT LLC,  :
                   Defendants.  :
 :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated September 29, 2019, Dkt. No. 10, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than November 15, 2019. The Court has not received those submissions. The parties are directed to comply with the Court's September 29, 2019 order forthwith.

Plaintiff is directed to serve a copy of this order on Defendants in this action and to retain proof of service.

SO ORDERED.

Dated: November 17, 2019
New York, New York

                                      GREGORY H. WOODS
                                      United States District Judge