# THE MARKS LAW FIRM, P.C.

November 19, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2019
```

**MEMORANDUM ENDORSED**

**Filed via ECF**
Hon. Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007

RE: <u>Genise N. Forbes v. Ambassad of Lenox New York, Inc d/b/a Lenox Saphire et al</u>
Index: 1:19-cv-05760-GHW

### REQUEST FOR ADJOURNMENT

Dear Judge Woods,

Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for November 22, 2019.

As of today, Defendants have not contacted Plaintiffs, appeared, answered or otherwise moved. Therefore, Plaintiff requests an additional thirty (30) days to make additional attempts to contact Defendants. If Defendants do not appear, answer or otherwise move in the next thirty days, Plaintiff will move for Default. This is the second request of its kind.

We thank you and the Court for its time and consideration on this matter.

Regards,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

---

Plaintiff's request to adjourn the initial pretrial conference is granted. The initial pretrial conference scheduled for November 22, 2019 is adjourned to January 2, 2020 at 3:30 p.m. The joint status letter and proposed case management plan described in the Court's August 27, 2019 order, Dkt. No. 7, are due no later than December 26, 2019. Alternatively, if Plaintiff chooses to move for default, Plaintiff must do so by December 26, 2019. Plaintiff is directed to serve a copy of this order on all Defendants in this action and to retain proof of service.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.

Dated: November 20, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge