USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GENISE N. FORBES,

                 Plaintiff,

      -against-

AMBASSAD OF LENOX, NEW YORK, INC.
*d/b/a* Lenox Saphire, LENOX AVENUE
DEVELOPMENT LLC,
                 Defendants.

-----------------------------------------------------------------X

1:19-cv-05760-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The Court is in receipt of Plaintiff's Proposed Order to Show Cause Without Emergency Relief and supporting documents, filed December 26, 2019. Plaintiff is directed to submit these documents to the Court in accordance with the Default Judgment Procedure set forth in the Court's individual rules. The Court will not take action with respect to that proposed order in the interim.

    Plaintiff is directed to serve a copy of this order on Defendants in this action and to retain proof of service.

    SO ORDERED.

Dated: December 30, 2019
New York, New York

                                            GREGORY H. WOODS
                                          United States District Judge