# THE MARKS LAW FIRM, P.C.

January 2, 2020

<u>Via: ECF</u>
Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2020
```

## MEMORANDUM ENDORSED

RE: **Genise Forbes v. Ambassad of Lenox New York, Inc. et al**
Docket: 1:19-cv-05760-GHW

Dear Judge Woods,

Plaintiff respectfully requests an adjournment of the initial conference in the above referenced matter currently scheduled for January 2, 2020 at 3:30pm.

Plaintiff filed an Order to Show Cause along with supporting documents on December 26, 2019. On January 2, 2020, Plaintiff called chambers and is scheduled to submit Default documents on January 6, 2020 at 10:00am according to Your Honor's rules. Therefore, Plaintiff requests that the Initial Conference be adjourned as Plaintiff will move forward with Default against Defendants who have failed to appear, answer or otherwise move.

We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

Application denied. The initial pretrial conference will be held as scheduled. The Court assumes that the order scheduling this conference was properly served on them. Therefore, it is possible that Defendants or a representative will appear. There is insufficient time to notify Defendants of this proposed adjournment. Plaintiff is directed to serve a copy of this order on Defendants in this action and to retain proof of service.

SO ORDERED.

Dated: January 2, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge