cslanza@gmail.com
347-556-9795

# CRAIG STUART LANZA

ATTORNEY AT LAW
16 Court Street, Suite 2506
Brooklyn, New York 11241

February 6, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2020
```

Honorable Gregory H. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re: Genise N. Forbes v. Ambassad of Lenox New York, Inc. d/b/a Lenox Saphire, et. al. Case No.: 19-cv-05760-GHW

Your Honor:

I have just been retained as counsel for the Defendant, Ambassad of Lenox New York, Inc. d/b/a Lenox Saphire in the above-captioned matter and respectfully request an adjournment of the upcoming hearing scheduled for Monday, February 10, 2020 at 9:30 am.

I apologize to this Honorable Court for the timing of this request. The reason it is being made at this time is due to the fact that I was retained yesterday evening and request a 30 day adjournment to provide an opportunity to address the default, familiarize myself with the matter and, the opportunity to further resolution discussions with my adversary (which we have already commenced).

No previous adjournment of this hearing has been sought by any party and therefore no requests have been approved or denied by this Honorable Court. I spoke to my adversary yesterday evening and he graciously consented to the proposed adjournment. I do not believe that the proposed adjournment will have an impact on any deadlines in this matter.

I remain available for any additional questions that the Court may have.

Respectfully,

Craig Stuart Lanza

cc: Bradly G. Marks, Esq. (via ECF)

---

Application granted. The default judgment hearing scheduled for February 10, 2020, Dkt. No. 24, is adjourned to March 9, 2020 at 2:00 p.m. The deadline for any opposition to the application for default judgment is extended to March 4, 2020, and any reply shall be filed no later than March 6, 2020. Plaintiff is directed to serve a copy of this order on all defendants who are not represented by counsel in this action and to retain proof of service.

SO ORDERED.

Dated: February 7, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge