```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GENISE N. FORBES,                                         :
                                                          :
                              Plaintiff,                  :
                                                          :           1:19-cv-05760-GHW
            -against-                                     :
                                                          :           ORDER
AMBASSAD OF LENOX, NEW YORK, INC.                         :
*d/b/a* Lenox Saphire, LENOX AVENUE                       :
DEVELOPMENT LLC,                                          :
                              Defendants.                 :
                                                          :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The initial pretrial conference scheduled for May 5, 2020 at 4:30 p.m. will now take place telephonically. The parties are directed to use the conference dial-in information and access code referenced in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C). The joint letter and case management plan described in the Court's August 27, 2019 order, Dkt. No. 7, are due no later than April 28, 2020.

Plaintiff is directed to serve a copy of this order on any of the defendants in this action unrepresented by counsel and to retain proof of service.

SO ORDERED.

Dated: April 27, 2020
                                                           _____
                                                                     GREGORY H. WOODS
                                                                  United States District Judge