USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GENISE N. FORBES,                                       :
                                                        :
                                    Plaintiff,          :
                                                        :           1:19-cv-05760-GHW
                  -against-                             :
                                                        :                 ORDER
AMBASSAD OF LENOX, NEW YORK, INC.                       :
*d/b/a* Lenox Saphire, LENOX AVENUE                     :
DEVELOPMENT LLC,                                        :
                                    Defendants.         :
                                                        :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers. Dkt. No. 7. Those documents were due on June 16, 2020. The Court has not received either document. The parties are directed to submit both forthwith, and in no event any later than June 19, 2020.

Plaintiff is directed to serve a copy of this order on any of the defendants in this action unrepresented by counsel and to retain proof of service.

SO ORDERED.

Dated: June 17, 2020

_____
GREGORY H. WOODS
United States District Judge