```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GENISE N. FORBES,

                              Plaintiff,

                -against-

AMBASSAD OF LENOX, NEW YORK, INC.
*d/b/a* Lenox Saphire, LENOX AVENUE
DEVELOPMENT LLC,

                              Defendants.

-------------------------------------------------------------------X

1:19-cv-05760-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers. *See* Dkt. No. 7. The Court has received the parties' joint letter and proposed Case Management Plan via ECF, however the parties have not submitted the Case Management Plan by email as directed. The parties are directed to email their joint proposed Case Management Plan to Chambers forthwith, and in no event any later than by the end of the day, June 22, 2020.

       Plaintiff is directed to serve a copy of this order on any of the defendants in this action unrepresented by counsel and to retain proof of service.

       SO ORDERED.

Dated: June 22, 2020

                                                                     GREGORY H. WOODS
                                                                  United States District Judge