USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GENISE N. FORBES,

        Plaintiff,

   -against-

AMBASSAD OF LENOX, NEW YORK, INC.
*d/b/a* Lenox Saphire, LENOX AVENUE
DEVELOPMENT LLC,

        Defendants.
-----------------------------------------------------------------X

1:19-cv-05760-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

  Plaintiff's October 16, 2020 request for a Local Rule 37.2 conference, Dkt. No. 41, is granted. The Court will hold a telephone conference on October 20, 2020 at 11:00 a.m. The parties are directed to use the conference dial-in information and access code referenced in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

  Plaintiff is directed to serve a copy of this order on any of the defendants in this action unrepresented by counsel and to retain proof of service.

  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 41.

  SO ORDERED.

Dated: October 16, 2020
New York, New York

               _____
               GREGORY H. WOODS
               United States District Judge